# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-285(6) (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Hugo Morales-Garcia, | |
| Defendant. | |

Allen A. Slaughter, Jr., Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Ian S. Birrell, Gaskins, Bennett & Birrell, LLP, 333 South Seventh Street, Suite 3000, Minneapolis, MN 55402 (for Defendant).

This matter comes before the Court on Defendant Hugo Morales-Garcia's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 167). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act (ECF No. 168).

Defendant's motion comes on the heels of the Court's April 22, 2019 Order (ECF No. 166), granting several motions for extensions of time filed by co-defendants in this matter and continuing the pretrial motions hearing to August 15, 2019, among other things. Consistent with the April 22, 2019 Order, Defendant requests that the period of time up through August 15, 2019, be excluded from Speedy Trial computations in his case.

Pursuant to 18 U.S.C. § 3161(h) and for the reasons stated in the Court's April 22, 2019 Order, this Court finds that the ends of justice served by granting such a continuance

outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 167) is **GRANTED**.

2. The period of time from **April 11 through August 15, 2019**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. **The dates set forth in the Court's April 22, 2019 Order (ECF No. 166) remain in full force and effect.**

Date: April 30, 2019*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Morales-Garcia*
Case No. 18-cr-285(6) (JNE/TNL)